FILED

11/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0660

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0660

_____

TAI TAM, LLC,

      Plantiff and Appellant,

  v.

                                           O R D E R

MISSOULA COUNTY, acting by and through
its BOARD OF COUNTY COMMISSIONERS,

      Defendant and Appellee.

_____

    This cause, which was previously classified for submission on briefs to a five-justice panel, is hereby reclassified for submission to the Court sitting en banc.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W. Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 9 2022